IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| KEVIN A. MURPHY<br><br>    Plaintiff,<br><br>v.<br><br>VISTA OUTDOOR, INC., *et al.*<br><br>    Defendants. | Civil Action No. 2:22-cv-00108-RCY-RJK |

## STIPULATION TO AMEND THE CAPTION

NOW COME the Parties, by and through their respective counsel, and hereby stipulate and agree as follows:

1. This case involves product liability claims relating to the design, function, and operation of a Blackhawk SERPA Holster (the "SERPA Holster").

2. In the Complaint filed on February 1, 2022, Plaintiff identified as Defendants (1) Vista Outdoor, Inc., and (2) "Blackhawk."

3. Blackhawk no longer operates or exists as an independent entity. Rather, Blackhawk is a brand owned by Federal Cartridge Company, a subsidiary of Vista Outdoor, Inc.

4. Vista Outdoor, Inc. exists purely as a holding company.

5. To the extent this case involves or relates to the design and function of a SERPA Holster, the Parties stipulate that Federal Cartridge Company is the proper named Defendant.

6. As such, the Parties stipulate and agree that the caption of this case should be amended to remove Vista Outdoor, Inc. and "Blackhawk" as parties.

7. In their place, the Parties stipulate that Federal Cartridge Company should be the named Defendant.

WHEREFORE the Parties respectfully request that the Court enter the enclosed order effectuating this stipulation and amending the caption in the manner specified therein.

STIPULATED AND AGREED TO BY:

Dated: March 11, 2022

/s/ Michael A. Kernbach
Michael A. Kernbach, Esq. (VSB No. 25722)
LAW OFFICE OF MICHAEL A. KERNBACH, P.C.
9161 Liberia Avenue, Suite 300
Manassas, Virginia 20110
Telephone: (571) 292-9046
Facsimile: (571) 292-9048
michael.kernbach@policeandfirelaw.com

*Counsel for Kevin A. Murphy*

/s/ Alan D. Bart
Alan D. Bart (VSB No. 87300)
REED SMITH LLP
Riverfront Plaza – West Tower
901 East Byrd Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
abart@reedsmith.com

John C. Scalzo (*pro hac vice* forthcoming)
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 549-0219
Facsimile: (212) 521-5450
jscalzo@reedsmith.com

Karlin E. Sangdahl (*pro hac vice* forthcoming)
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
ksangdahl@reedsmith.com

*Counsel for Defendants*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2022, a true and accurate copy of the foregoing was filed with the Clerk of the Court and served on counsel of record using the CM/ECF system.

                                  /s/ Alan D. Bart
                                  Alan D. Bart (VSB No. 87300)